```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
OMAR MMUBANGO                     :    CIVIL ACTION
                                  :
       v.                         :
                                  :
                                  :
GOOGLE, INC., et al.              :    NO. 12-1300
```

ORDER

AND NOW, this 22nd day of February, 2013, upon consideration of the defendant Google, Inc.'s motion to dismiss (Docket No. 3), which was unopposed, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED.  The portions of the plaintiff's complaint related to Google, Inc. are dismissed with prejudice.

                              BY THE COURT:


                               /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.